## THIRD DISTRICT.

The People of the State of Illinois, defendant in error, v. John Walbley, plaintiff in error. Gen. No. 7,832.

Prosecution for possessing intoxicating liquor unlawfully. Judgment of conviction. Error to the Circuit Court of Vermilion county; the Hon. Augustus A. Partlow, Judge, presiding. Heard in this court at the April term, 1926. Affirmed. Opinion filed November 6, 1926.

O. M. Burns, for plaintiff in error. Elmer O. Furrow, State's Attorney, for defendant in error.

Mr. Presiding Justice Crow delivered the opinion of the court.

August Boltz et al., appellants, v. Laura Kush et al., appellees. Gen. No. 7,936.

Bill for accounting and incidental relief. Dismissed for want of equity. Appeal from the Circuit Court of Macon county; the Hon. James S. Baldwin, Judge, presiding. Heard in this court at the April term, 1926. Affirmed. Opinion filed November 6, 1926.

Whitley & Fitzgerald and Lee & Lee, for appellants.   Carl N. Weilepp, for appellees.

Mr. Presiding Justice Crow delivered the opinion of the court.

Caroline Barton, appellee, v. Herbert J. Olehy, appellant. Gen. No. 7,969.

Action to recover damages for personal injuries from automobile collision. Judgment for plaintiff. Appeal from the Circuit Court of Vermilion county; the Hon. John H. Marshall, Judge, presiding. Heard in this court at the April term, 1926. Affirmed. Opinion filed November 6, 1926.

Graham & Dysert, for appellant; Walter V. Dysert, of counsel. Clark & Hutton, for appellee.

Mr. Presiding Justice Crow delivered the opinion of the court.

Walter C. Hoehn, defendant in error, v. Charles Gould, plaintiff in error. Gen. No. 7,972.

Suit to recover damages for assault. Judgment for plaintiff. Error to the City Court of Pana; the Hon. F. R. Dove, Judge, presiding. Heard in this court at the April term, 1926. Affirmed. Opinion filed November 6, 1926.

Hogan & Reese and C. E. Springstun, for plaintiff in error. L. G. Griffith and R. J. Monroe, for defendant in error.

Mr. Presiding Justice Crow delivered the opinion of the court.